# United States District Court
# Northern District of Texas
## Dallas Division

US MARSHALS SERVICE N/TX
DALLAS, TEXAS

2020 NOV 24 P 1:30

UNITED STATES OF AMERICA

V.

Shaniqua Hendrix

CASE NUMBER: 3:19-CR-086-S (21)

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her pretrial release imposed by the Court.

NAME OF DEFENDANT:

Shaniqua Hendrix

ADDRESS (STREET, CITY, STATE):

unknown

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S. District Court for the Northern District of Texas, Dallas Division

| | | |
|---|---|---|
| Karen Mitchell, U.S. District Court Clerk | s/A. Lowe<br>(By) Deputy Clerk | 11/23/2020<br>Date |

## RETURN

Warrant received and executed.

Date Received: _____

Date Executed: _____

Executing Agency (Name and Address)

_____

Name: _____   (By) _____   Date: _____

11142686

**UNITED STATES DISTRICT COURT**
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



US MARSHALS SERVICE N/TX
DALLAS, TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2020 NOV 24  P 1: 30 |
| v. ) | Case No. 3:19-CR-0086-S(21) |
| ) | |
| SHANIQUA HENDRIX ) | |
| ) | |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Mirenda R. Kirksey, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Shaniqua Hendrix, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Rebecca Rutherford sitting in the Court at Dallas, Texas, on September 28, 2020, under the following conditions:

(3) The defendant must advise the Court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(7a) The defendant must submit to supervision by and report for supervision to the U.S. Pretrial Officer.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On September 28, 2020, the defendant was released on conditions of pretrial supervision and instructed by the Court to go directly to the inpatient substance abuse program, Homeward Bound, in Dallas, Texas. She was ordered to complete a 30-day inpatient program and thereafter to reside with her mother, Dianne Hendrix, at 502 Sea Rim Drive in Arlington, Texas. The defendant was provided the name of U.S. Probation Officer Kyle Wolf, as a contact, while in Homeward Bound. On October 2, 2020, USPO Wolf provided the defendant this officer's name and contact information based on the defendant's proposed home plan. The same day, the defendant contacted this officer and was informed to call when she obtained an anticipated completion date for the substance abuse program. On October 20, 2020, the defendant advised this officer that she would complete the program on October 29, 2020. The defendant was instructed to call upon her release from Homeward Bound and to report to the Fort Worth Probation Office on November 3, 2020, at 11 a.m. Shortly after the conversation, Homeward Bound Counselor Mary Cassio contacted this officer to confirm the date and time the defendant was to report to the probation office.

On November 3, 2020, the defendant failed to report to the probation office as previously instructed. On November 4, 2020, this officer attempted to contact the defendant, unsuccessfully; however, a voice message was left that she should contact this officer immediately. On November 19, 2020, this officer attempted to contact the defendant unsuccessfully, and a voice message was left for a return call. The same day, the defendant's mother, Dianne Hendrix, advised the defendant was released from Homeward Bound on October 29, 2020, and the defendant reported to her home where she resided for one day. Ms. Hendrix advised the defendant left her home with a friend the following day and she has had no further contact with her since October 30, 2020.

Certified a true copy of an instrument
on file in my office on __11-23-20__
Clerk, U.S. District Court,
Northern District of Texas
By __U. 2kr__ Deputy

Page 1 of 3

Report of Violations of Conditions
Shaniqua Hendrix

This officer has had no contact with the defendant, other than reported above, and her whereabouts are unknown.

The undersigned suggests to the Court that a warrant be issued for the arrest of the defendant, and that a hearing be scheduled for consideration of revocation of the defendant's conditions of pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2020                            Approved,

s/Mirenda R. Kirksey                                     s/Carol Foreman
  U.S. Probation Officer                                Supervising U.S. Probation Officer
  Ft Worth                                               817-840-0744
  817-900-1863
  Fax: 817-978-3726

Report of Violations of Conditions
Shaniqua Hendrix

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Shaniqua Hendrix, of his/her conditions of pretrial release, the court ORDERS that:

☐  No action be taken.

☐  The Order Setting Conditions of Release is modified to include the following:

☐  A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☒  A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☒  The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☒  File under seal until further order of the Court.

_____
Rebecca T. Rutherford
U.S. Magistrate Judge

____November 20, 2020____
Date

# Berry, Valarie

| | |
|---|---|
| **From:** | Hernandez, Lucinda (USMS) |
| **Sent:** | Wednesday, November 25, 2020 12:42 PM |
| **To:** | Garza, Juan Jose (USMS); Rios, Norma (USMS); Garza, Tre (USMS); Olaguez, Miguel (USMS); Rivas, Christina (USMS); Rodriguez, Elliana (USMS) |
| **Cc:** | Berry, Valarie |
| **Subject:** | RE: Internal Detainer Request: HERNANDEZ-PALACIOS, FREDY (FID 10795822) -- Done |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Copies are in the file.

Thank you.

Lucinda Hernandez
Investigative Analyst (IA)
US Marshals Service, Southern District of Texas
McAllen, Texas 78501
Office: (956) 618-8025
Office direct line: (956) 992-7735
Office fax: (956) 618-8029
LUCINDA.HERNANDEZ@USDOJ.GOV

**From:** Garza, Juan Jose (USMS) <JGarza2@usms.doj.gov>
**Sent:** Wednesday, November 25, 2020 12:21 PM
**To:** Rios, Norma (USMS) <NRios@usms.doj.gov>; Hernandez, Lucinda (USMS) <LHernandez1@usms.doj.gov>; Garza, Tre (USMS) <TGarza1@usms.doj.gov>; Olaguez, Miguel (USMS) <MOlaguez@usms.doj.gov>; Rivas, Christina (USMS) <CRivas@usms.doj.gov>; Rodriguez, Elliana (USMS) <ERodriguez@usms.doj.gov>
**Cc:** Berry, Valarie <VBerry@usms.doj.gov>
**Subject:** FW: Internal Detainer Request: HERNANDEZ-PALACIOS, FREDY (FID 10795822)

Please place said paperwork in suspect's (Fredy Hernandez-Palacios USMS #58431-177) file as a detainer for USMS N/Tx Dallas c/o IA Valarie Berry.

Note: I already placed a detainer via USMS-129 on behalf of said office.

Juan Jose Garza
Investigative Analyst
USMS McAllen, Texas
Office # 956-683-2403
Fax# 956-928-1033

This message and any attachment are confidential and may be privileged or otherwise protected from disclosure and solely for the use of the person(s) or entity to whom it is intended. If you have received this message in error and are not the intended recipient, please notify the sender immediately and delete this message and any attachment from your

system. If you are not the intended recipient, be advised that any use of this message is prohibited and may be unlawful, and you must not copy this message or attachment or disclose the contents to any other person.

**From:** Berry, Valarie <VBerry@usms.doj.gov>
**Sent:** Wednesday, November 25, 2020 11:59 AM
**To:** Garza, Juan Jose (USMS) <JGarza2@usms.doj.gov>
**Subject:** Internal Detainer Request: HERNANDEZ-PALACIOS, FREDY (FID 10795822)

Good Afternoon,

Please lodge an internal detainer for this subject.

Thank you.

**Valarie Berry**
**USMS-Warrants**
**N/TX-Dallas**
*Desk: (214) 767-0836 ext. 264*
*Mobile: (469) 625-8674*
**Fax:** (214) 767-6486
Confidentiality Notice: This e-mail, including all attachments, is for the sole use of the intended recipient(s) and may contain law enforcement sensitive, confidential or privileged information. E-mails are protected under the Electronic Communications Privacy Act, 18 U.S.C. 119 Sections 2510, 2511 and 2521. Any unauthorized review, use, disclosure or distribution is prohibited.